UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN THALHEIMER,<br><br>   Petitioner,<br><br>   v.<br><br>RANDY GROUNDS, Warden,<br><br>   Respondent. | No. CV 13-05304-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

///

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted and the Petition is accordingly dismissed with leave to amend. Petitioner is ordered to file a First Amended Petition that omits Ground Seven within thirty (30) days of the entry of this Order.

Dated: May 30, 2014 _____         _____
                                                                           DOLLY M. GEE
                                                                           United States District Judge