```
                    FILED
              CLERK, U.S. DISTRICT COURT

                 March 26, 2015

           CENTRAL DISTRICT OF CALIFORNIA
           BY:     TS        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN THALHEIMER,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. CV 13-05304-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 26, 2015

                                                 DOLLY M. GEE
                                                 United States District Judge