JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
March 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
March 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN THALHEIMER, | No. CV 13-05304-DMG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

DATED: March 26, 2015

_____
DOLLY M. GEE
United States District Judge